In the Matter of the Application of FRANCIS J. DONNELLY for an Order against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of Proving the Last Will and Testament of LUCY WORTHAM JAMES, Deceased, as a Will of Real and Personal Property.— Motion for reargument and for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

GEORGE ROSSI v. PETER GRASSI and Others, Impleaded with NATHAN T. ISQUITH.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

JOHN HECHT v. OCCHIPINTI REALTY COMPANY, INC., and Another.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 96.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MAX ROBERT ENGEL v. GUARANTY TRUST COMPANY OF NEW YORK, as Trustee, etc., of a Certain Trust Agreement Made by MAX ROBERT ENGEL dated January 31, 1934.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 117.] Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of MITCHELL J. FRIEDMAN for Admission to the Bar, on Motion.— Motion denied, with leave to the petitioner to apply to the State Board of Law Examiners for permission to take the examination for admission to the bar. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of ALFRED FEINGOLD, an Attorney.— Motion granted. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of MARTIN FRIEDMAN, an Attorney.— Motion denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of LOUIS MARCUS, an Attorney.— Motion granted. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.